**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 17 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10175 |
| Plaintiff - Appellee, | D.C. No. 2:12-cr-00129-LDG-CWH-1 |
| v. | |
| CHADWICK VILLAMOR, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Lloyd D. George, Senior District Judge, Presiding

Submitted October 23, 2013[**]

Before:    HUG, FARRIS, and LEAVY, Circuit Judges.

Chadwick Villamor appeals from the district court's judgment and

challenges the 60-month sentence imposed following his conviction for unlawful

possession of a firearm, in violation of 18 U.S.C. §§ 922(g) and 924(a)(2). We

have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Villamor contends that, in light of his mental health problems, the district court should not have imposed an above-Guidelines sentence of 60 months. We review the sentence for substantive reasonableness, applying an abuse of discretion standard. *See Gall v. United States,* 552 U.S. 38, 51 (2007); *United States v. Mohamed*, 459 F.3d 979, 987 (9th Cir. 2006). The sentence is substantively reasonable in light of the totality of the circumstances and the 18 U.S.C. § 3553(a) factors, including Villamor's extensive criminal history and the need to protect the public and promote respect for the law. *See Gall,* 552 U.S. at 51.

**AFFIRMED.**